**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF OHIO WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**                                        **CASE NO. 3:05-cr-68-02**

                                              **JUDGE THOMAS M. ROSE**

**GREGG LETNER,**

        **Defendant.**

**ENTRY AND ORDER DENYING DEFENDANT'S MOTION
FOR COMPASSIONATE RELEASE AS MOOT**

Pursuant to the Notice of Defendant's Death (doc. 137) filed November 21, 2021, the Court having been duly notified that Defendant Gregg Letner is deceased, the Court finds Mr. Letner's motions for compassionate release (docs. 130 and 134) as moot.

Date: **November 30, 2021**                *s/Thomas M. Rose*

                                                       **Thomas M. Rose
United States District Judge**